FILED

07/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0191

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0191

_____

STATE OF MONTANA,

       Plaintiff and Appellee,

    v.                                   O R D E R

CHRISTOPHER PARIS STOCKDALE,

       Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing Appellant's Opening Brief filed on July 20, 2022, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

Pursuant to M. R. App. P. 12(1)(i), an appellant must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant's brief does not contain an appendix or relevant documents. Accordingly, the Court accepts filing of Appellant's Opening Brief, but requests the Appellant supplement his brief with the relevant document(s) from which he appeals.

Therefore,

IT IS ORDERED that the Appellant electronically submit a copy of the relevant document(s) from which his appeal is taken within ten (10) days of the date of this Order with the Clerk of this Court.

The Clerk is directed provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 21 day of July, 2022.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
July 21 2022